No. 625, Misc. CITO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.

No. 675, Misc. MILLER *v.* HAND, WARDEN. Supreme Court of Kansas. Certiorari denied. Petitioner *pro se. William H. Ferguson,* Attorney General of Kansas, and *J. Richard Foth,* Assistant Attorney General, for respondent.

No. 734, Misc. THOMAS *v.* ALABAMA. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se. MacDonald Gallion,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 751, Misc. PHILLIPS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 757, Misc. NASH *v.* RICHMOND, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 801, Misc. DELANEY *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 806, Misc. GRIFFIN *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 847, Misc. KORTUM *v.* SIGLER, WARDEN. Supreme Court of Nebraska. Certiorari denied.